# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARETON TEJADA,**

    **Plaintiff,**

**v.**                                                       **Case No:  6:13-cv-466-Orl-22DAB**

**GARDA CL SOUTHEAST, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 27) filed on October 3, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 30), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 4, 2013 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Joint Motion to Approve Settlement Agreement (Doc. No. 27) is hereby GRANTED.  Specifically, the Court finds the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3.     The case is DISMISSED WITH PREJUDICE.

4.     The Clerk is directed to CLOSE the file.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties